IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN SCHALK,                                        No. 3:20-cv-00615-YY

           Plaintiff,                         JUDGMENT

   v.

INFINITY INSURANCE COMPANY,

           Defendant.

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:    May 10, 2021                .

                                                                            MARCO A. HERNÁNDEZ
                                                                            United States District Judge

1 – JUDGMENT